IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MUQTASID A. QADIR, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-717-C |
| § | |
| WILLIAM STEPHENS, Director, § | |
| T.D.C.J., Correctional Institutions Div., § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS AND TRANSFERRING CASE TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of Petitioner, Muqtasid A. Qadir, and the September 5, 2013 findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave Petitioner Qadir until September 19, 2013, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions, and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be transferred to the United States Court of Appeals for the Fifth Circuit.

Therefore the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Muqtasid A. Qadir's petition for writ of habeas corpus under 28 U.S.C. § 2254 is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit.

Dated September 25, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE